RUTH LINDER, Appellant and Respondent, *v.* HYMAN LINDER, Respondent and Appellant.

Submitted May 18, 1948; decided July 16, 1948.

*George G. Lake* for plaintiff, appellant and respondent.
*Allen Murray Myers* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.